THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SMITH, Appellant.— We find no error on the part of the trial court warranting reversal of the conviction, but determine that the fine of $500, in addition to imprisonment for six months, made the sentence excessive. Accordingly, the judgment should be modified by eliminating the fine and, as so modified, affirmed. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

CATHERINE BALLESTER, Respondent, v. 210 EAST 68TH STREET CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

NICHOLS & Co., Respondent, v. COLUMBUS CREDIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [204 Misc. 848.]

In the Matter of the Estate of HERMAN HUG, Deceased. HERMAN C. HUG, Appellant; GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [201 Misc. 711.]

CAMPBELL D. CATONE, Respondent, v. VANDERBILT CHEMICAL CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

JACOB WIDELITZ et al., Appellants, v. DAVID B. WIDELITZ et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See 285 App. Div. 807.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORETTO SULLIVAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See post, p. 937.]

ELOF HANSSON, INC., Respondent, v. ABE MADDEN, Doing Business under the Name of A. P. MADDEN COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BJORN REED, Appellant.— Orders unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan and Bastow, JJ. [See post, p. 951.]

UNION SANATORIUM ASSOCIATION, INC., Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See post, p. 958.]